```
                                            ___ FILED      ___ ENTERED
                                            ___ LODGED     ___ RECEIVED

                                        SG   MAR 20 2018

                                              AT SEATTLE
                                        CLERK U.S. DISTRICT COURT
                                    WESTERN DISTRICT OF WASHINGTON
                                        BY                  DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DONALD B. PETERS,<br><br>　　　　　Defendant/Judgment Debtor,<br><br>　　　　　and<br><br>TRUEBLUE, INC.,<br><br>　　　　　　Garnishee. | NO.<br><br>(2:12-CR-0165-1)<br><br>**Form Answer of the Garnishee** |

　　　I am the above-named Garnishee or authorized by the Garnishee to make this declaration on its behalf, regarding the Writ of Continuing Garnishment.

　　　On, __2/22/18__, 2018, Garnishee was served with the Writ of Continuing Garnishment.

//

//

//

FORM ANSWER OF THE GARNISHEE

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

## I. QUESTIONS 1 THROUGH 6 TO BE ANSWERED

For the pay period in effect on the date of service:

ANSWERS:

| | | | |
|---|---|---|---|
| 1. | The Judgment Debtor was employed by my/our office. | Yes | No ☒ |
| 2. | The Judgment Debtor's pay period is (weekly, monthly, etc.) *Last worked 1/18/18* | Describe Payment Period: | |
| 3. | Enter the date the present pay period began: | | |
| 4. | Enter the date the present pay period ends: | | |
| 5. | Gross Pay: | $ | |
| | Federal Income Tax: | $ | |
| | F.I.C.A. Income Tax: | $ | |
| | State Income Tax: | $ | |
| | Total of Tax Withholdings: | $ | |
| | Net Wages (subtract tax withholdings from gross pay): | $ | |
| 6. | Non-cash tips: | $ | |

## II. QUESTION 7 – NON-WAGE PROPERTY
(Including, but not limited to, tribal per capita, all retirement, pension, 401(k) plans, etc.)

| 7. | The Garnishee has possession, custody or control of the following property (non-earnings), in which the Defendant/Judgment Debtor maintains a substantial nonexempt interest as described in detail below: | | |
|---|---|---|---|
| | Description of Property (Ex. Tribal per capita distributions, Private 401(k); public employees' pension under State code section, bank accounts, articles of deposit, etc.) | Approximate Value | Description of Debtor's Interest in Property (Ex. vested and if not when will vest, eligible to withdraw, lump sum withdrawal or only monthly payments and amount, etc.) |

FORM ANSWER OF THE GARNISHEE

|   |   |   |
|---|---|---|
| A. |   | $ |
| B. |   | $ |
| C. |   | $ |

### III. QUESTIONS 8 THROUGH 9 TO BE ANSWERED BY ALL GARNISHEES

| 8. | Have there been previous garnishments in effect? If yes, please describe below. | Yes |   | No ✗ |
|---|---|---|---|---|
|   |   |   |   |   |

| 9. | Garnishee anticipates owing the following amounts to the Defendant/Judgment Debtor in the future: |   |
|---|---|---|
|   | Amount | Estimate Date or Period Due |
| A. | $ |   |
| B. | $ |   |
| C. | $ |   |

**IV.** Check the applicable line below if you deny that you hold property subject to this Writ of Continuing Garnishment. Also state in the space provided the basis for your denial.

\_\_\_\_\_ The Garnishee was in no manner and upon no account indebted or under liability to the Defendant/Judgment Debtor, Donald B. Peters, and that the Garnishee did not have in its possession, custody or control, any property belonging to the Defendant/Judgment Debtor, or in which the Garnishee has an interest, and is in no manner liable as Garnishee.

//

FORM ANSWER OF THE GARNISHEE

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

_____ The Garnishee makes the following claim of exemption on the part of Defendant/Judgment Debtor. (Attach separate sheet if necessary):

_____ The Garnishee has the following objections, defenses, or set-offs to the United States' right to apply Garnishee's indebtedness to the Defendant/Judgment Debtor to the United States' claim. (Attach separate sheet if necessary):

V. The Consumer Credit Protection Act ("CCPA"), 15 U.S.C. § 1673(a), for disposable earnings, may apply. 15 U.S.C. § 1673(a) provides that the aggregate disposable earnings of an individual for any workweek which is subject to garnishment may not exceed (1) 25% of his disposable earnings for that week, or (2) the amount by which his disposable earnings for that week exceed thirty times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less.

In the case of earnings for any pay period other than a week, the Secretary of Labor should by regulation prescribe a multiple of the Federal minimum hourly wage equivalent in effect to that set forth under number 2, above.

☐ **Please check the box if you believe the CCPA applies.**

| A. | If you checked the box, please explain why: |
|---|---|
| B. | Has your calculation, under Section II above, applied the CCPA requirement?<br>☐ YES<br>☐ NO |

On _____, 2018, the Garnishee mailed via First Class Mail: (1) the Original Answer to the United States District Court Clerk for the Western District of Washington at: 700 Stewart Street, Lobby Level, Seattle, WA 98101; (2) a copy of this Answer to the Defendant/Judgment Debtor, Donald B. Peters, 10341 SE 212th St., Kent, WA 98031, and (3) a copy of this Answer to the United States Attorney for the Western District of Washington, Assistant United States Attorney, Kyle Forsyth, Attn: Financial Litigation Unit, 700 Stewart Street, Suite 5220, Seattle, WA 98101.

PREPARED BY (Print or Type): JoRay Rascon
TITLE: Garnishments Lead
TEL. NO. OF PREPARER: 253 680-3450

I declare, certify, verify or state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _19_ day of _March_, 2018

_____
Signature of person who prepared the Answer

FORM ANSWER OF THE GARNISHEE

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

> Clerk, United States District Court
> 700 Stewart Street, Lobby Level
> Seattle, WA 98101

and a copy of this Answer to:

1. United States Attorney's Office for the
   Western District of Washington
   Assistant United States Attorney Kyle Forsyth
   Attention: Financial Litigation Unit
   700 Stewart Street, Suite 5220
   Seattle, WA 98101

2. Donald B. Peters
   10341 SE 212th St.
   Kent, WA 98031